IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JASMINE DANIEVE COLE,
TERRENCE HARMON,
DELTON HINES,

    Plaintiffs,

v.                                            CASE NO. 1:07-cv-00050-MP-AK

J CURT INC,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 134, Defendant's Motion to Dismiss with Prejudice for Failure to Prosecute. In the motion the Defendant indicates that no remaining plaintiff appears to wish to continue this lawsuit. Accordingly, the plaintiffs are directed to show cause in writing, by Monday, June 22, 2009, why this case should not be dismissed for failure to prosecute. Failure to file a written response by that date may constitute basis for dismissal of this case with prejudice.

**DONE AND ORDERED** this _26th_ day of May, 2009

                                *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge