IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JASMINE DANIEVE COLE,
TERRENCE HARMON,
DELTON HINES,

    Plaintiffs,

v.                         CASE NO. 1:07-cv-00050-MP-AK

J CURT INC,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 135, Order to Show Cause why this matter should not be dismissed for failure to prosecute. In that Order, the Plaintiffs were instructed that failure to respond to the Order could result in dismissal of their case. No response has been received. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

This case is dismissed with prejudice for failure to prosecute.

**DONE AND ORDERED** this _8th_ day of July, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge